# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2677

_____

CHRISTOPHER HARRIS,

Petitioner,

v.

QUADRANT PHR, LLC/NEXT
LEVEL ADMINISTRATORS, LLC
and SUNZ INSURANCE,

Respondents.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

Date of Accident: August 28, 2020.

January 10, 2025

PER CURIAM.

DISMISSED as moot.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael J. Winer of the Winer Law Group, P.A., Tampa, for Petitioner.

Gina M. Jacobs of Hamilton, Miller & Birthisel, LLP, Orlando, for Respondents.